**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                          §   Case No. 13-41489
                                §
EDDIE C ISHOO                   §
                                §
                                §
                Debtor          §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/23/2013. The undersigned trustee was appointed on 10/23/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                          $20,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $7,309.54 |
    | Bank service fees | $182.07 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $12,508.39 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/28/2014 and the deadline for filing government claims was 05/28/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,750.00, for a total compensation of $2,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1.47, for total expenses of $1.47.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/28/2016             By:   /s/ David P. Leibowitz
                                    Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 13-41489-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ISHOO, EDDIE C | Date Filed (f) or Converted (c): | 10/23/2013 (f) |
| For the Period Ending: | 4/28/2016 | §341(a) Meeting Date: | 12/06/2013 |
| | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  Cash on hand | $10.00 | $0.00 | | $0.00 | FA |
| 2  US Bank Checking With Wife Elizabeth Ishoo | $630.00 | $0.00 | | $0.00 | FA |
| 3  Ordinary Household Goods and Furnishings None Valued in Excess of $500.00 With wife Elizabeth Ishoo | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Ordinary Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5  SEP Fidelity | $5,000.00 | $0.00 | | $0.00 | FA |
| 6  one-half undivided interest in a condominium, Unit 3W, at 2224-26 West Touhy Avenue in Chicago, Illinois, and two parking spaces, P-7 and P-8   (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                                            **Gross Value of Remaining Assets**

$7,140.00          $20,000.00                                                                       $20,000.00          $0.00

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2016 | Prepare TDR |
| 07/15/2015 | (E)Order Granting Motion to Use Sell or Lease Property 363(b) (Related Doc # 54 ). Signed on 07/15/2015. (Cox, Adam) (Entered: 07/15/2015) |
| 06/24/2015 | 06/24/2015 - Notice of Motion and Motion to Use Sell or Lease Property 363(b) Unit 3W, at 222426 West Touhy Avenue in Chicago, Illinois, and two parking spaces, P7 and P8. Filed by David P Leibowitz ESQHearing scheduled for 7/15/2015 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Leibowitz, David) (Entered: 06/24/2015) - Document 2 (Proposed Order) |
| 12/26/2014 | Complaint to bar discharge filed |
| | Real Estate to be sold - based on assets recovered in adversary proceeding |
| | Linda DeAngelo to be hired as real estate broker to sell property on Touhy Avenue |
| 01/30/2014 | Listened to tape, Erica Vago has a claim against Ishoo for a contract dispute involving a real estate development project.  There is now fraud allegations |
| 01/24/2014 | David would like to file a Motion to Extend Discharge for 90 days. He would also like to file a Motion to Employ. This is all due to allegations of fraud Re: Erica Vogal. Also mentioned that he would like to hold a 2004 Exam. |
| 01/23/2014 | Received phone records - send to Linda |
| | Asset |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/01/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit B

| Case No. | 13-41489-JSB | | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|---|
| Case Name: | ISHOO, EDDIE C | | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6957 | | | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | | | Account Title: | |
| For Period Beginning: | 10/23/2013 | | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2016 | | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2015 | (6) | Erica Vago | 5% Deposit Pursuant to Agreement | 1210-000 | $2,566.16 | | $2,566.16 |
| 07/21/2015 | (6) | Erica Vago | Net Purchase Price payment | 1210-000 | $17,433.84 | | $20,000.00 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.45 | $19,988.55 |
| 08/17/2015 | 3001 | Park Place Real Estate Services | Commission on the sale of the condo to Erica Vago. Docket No. 57 | 3510-000 | | $3,079.39 | $16,909.16 |
| 08/17/2015 | 3002 | Mark Mitchell | Payment from Condominium sale proceeds pursuant to court-approved settlement agreement. Docket Nos. 45, 47 and 57. | 2990-000 | | $4,230.15 | $12,679.01 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $29.95 | $12,649.06 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.87 | $12,628.19 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.03 | $12,607.16 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.03 | $12,588.13 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.31 | $12,567.82 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.28 | $12,547.54 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.94 | $12,528.60 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.21 | $12,508.39 |
| | | | **TOTALS:** | | $20,000.00 | $7,491.61 | $12,508.39 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,000.00 | $7,491.61 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $20,000.00 | $7,491.61 | |

**For the period of 10/23/2013 to 4/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,491.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,491.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2015 to 4/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,491.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,491.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-41489-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ISHOO, EDDIE C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6957 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,000.00 | $7,491.61 | $12,508.39 |

**For the period of 10/23/2013 to 4/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,491.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,491.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/23/2013 to 4/28/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,491.61 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,491.61 |
| Total Internal/Transfer Disbursements: | $0.00 |

# CLAIM ANALYSIS REPORT

| Case No.: | 13-41489-JSB | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | ISHOO, EDDIE C | | | | | | | Date: | 4/28/2016 |
| Claims Bar Date: | 05/28/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Blvd, Suite 1610<br>Chicago IL 60604-3747 | Trustee Compensation | Allowed | 2100-000 | $2,750.00 | $0.00 | $0.00 | $0.00 | $2,750.00 |
| | LAKELAW<br><br>53 W. Jackson Blvd., Ste 1610<br>Chicago 60604-3747 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $476.05 | $0.00 | $0.00 | $0.00 | $476.05 |
| | LAKELAW<br><br>53 W. Jackson Blvd., Ste 1610<br>Chicago 60604-3747 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $7,000.00 | $0.00 | $0.00 | $0.00 | $7,000.00 |

**Claim Notes:** Reduced from $34,482.50 as a matter of billing judgment and to facilitate a dividend to unsecured creditors.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | OFFICE OF THE CLERK UNITED STATES BANKRUPTCY COURT<br><br>219 S. Dearborn Street Suite 713<br>Chicago IL 60604 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |

**Claim Notes:** Deferred filing fees for two adversary proceedings, i.e., 14 A 513 and 14 A 852

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Blvd., Suite 1610<br>Chicago IL 60604-3747 | Trustee Expenses | Allowed | 2200-000 | $1.47 | $0.00 | $0.00 | $0.00 | $1.47 |
| 1 | JOSEPH V. RODDY D/B/A THE LAW OFFICES OF JOSEPH V.<br>77 West Washington Street, Suite 1100<br>Chicago IL 60602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,234.50 | $0.00 | $0.00 | $0.00 | $1,234.50 |
| 2 | AMERICAN EXPRESS BANK, FSB<br><br>c o Becket and Lee LLP POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,147.03 | $0.00 | $0.00 | $0.00 | $2,147.03 |
| | | | | | **$14,309.05** | **$0.00** | **$0.00** | **$0.00** | **$14,309.05** |

CLAIM ANALYSIS REPORT

Page No: 2
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 13-41489-JSB | **Trustee Name:** David Leibowitz |
| **Case Name:** | ISHOO, EDDIE C | **Date:** 4/28/2016 |
| **Claims Bar Date:** | 05/28/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $476.05 | $476.05 | $0.00 | $0.00 | $0.00 | $476.05 |
| Attorney for Trustee Fees (Trustee Firm) | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $7,000.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $700.00 | $700.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| General Unsecured § 726(a)(2) | $1,234.50 | $1,234.50 | $0.00 | $0.00 | $0.00 | $1,234.50 |
| Payments to Unsecured Credit Card Holders | $2,147.03 | $2,147.03 | $0.00 | $0.00 | $0.00 | $2,147.03 |
| Trustee Compensation | $2,750.00 | $2,750.00 | $0.00 | $0.00 | $0.00 | $2,750.00 |
| Trustee Expenses | $1.47 | $1.47 | $0.00 | $0.00 | $0.00 | $1.47 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 13-41489
Case Name: EDDIE C ISHOO
Trustee Name: David P. Leibowitz

Balance on hand: $12,508.39

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $12,508.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| DAVID P. LEIBOWITZ, Trustee Fees | $2,750.00 | $0.00 | $2,750.00 |
| David P. Leibowitz, Trustee Expenses | $1.47 | $0.00 | $1.47 |
| Lakelaw, Attorney for Trustee Fees | $7,000.00 | $0.00 | $7,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $476.05 | $0.00 | $476.05 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $700.00 | $0.00 | $700.00 |

Total to be paid for chapter 7 administrative expenses: $10,927.52
Remaining balance: $1,580.87

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,580.87

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,580.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,381.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Joseph V. Roddy d/b/a The Law Offices of Joseph V. | $1,234.50 | $0.00 | $577.13 |
| 2 | American Express Bank, FSB | $2,147.03 | $0.00 | $1,003.74 |

| | Total to be paid to timely general unsecured claims: | $1,580.87 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**