# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-41489 |
| | § | |
| EDDIE C ISHOO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $8,140.00 |
| Total Distributions to Claimants: | $1,580.87 | Claims Discharged Without Payment: | $627,540.66 |
| Total Expenses of Administration: | $18,419.13 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $18,419.13 | $18,419.13 | $18,419.13 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $629,887.00 | $3,381.53 | $3,381.53 | $1,580.87 |
| **Total Disbursements** | $629,887.00 | $21,800.66 | $21,800.66 | $20,000.00 |

4). This case was originally filed under chapter 7 on 10/23/2013. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/30/2016                         By:   /s/ David P. Leibowitz
                                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| one-half undivided interest in a condominium,Unit 3W, at 2224-26 West Touhy Avenue in Chicago, Illinois, and two parkin | 1210-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.47 | $1.47 | $1.47 |
| Green Bank | 2600-000 | NA | $182.07 | $182.07 | $182.07 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $700.00 | $700.00 | $700.00 |
| Mark Mitchell | 2990-000 | NA | $4,230.15 | $4,230.15 | $4,230.15 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $7,000.00 | $7,000.00 | $7,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $476.05 | $476.05 | $476.05 |
| Park Place Real Estate Services, Realtor for Trustee | 3510-000 | NA | $3,079.39 | $3,079.39 | $3,079.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $18,419.13 | $18,419.13 | $18,419.13 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Joseph V. Roddy d/b/a The Law Offices of Joseph V. | 7100-000 | $2,000.00 | $1,234.50 | $1,234.50 | $577.13 |
| 2 | American Express Bank, FSB | 7100-900 | $2,147.00 | $2,147.03 | $2,147.03 | $1,003.74 |
| | American Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | American Express | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carl Palladinetti | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| | Carl Palladinetti, Esq. | 7100-000 | $9,000.00 | $0.00 | $0.00 | $0.00 |
| | Charter One Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citibank Sd, Na | 7100-000 | $520.00 | $0.00 | $0.00 | $0.00 |
| | Citimortgage Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citimortgage Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Citimortgage Inc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| | Credit Collections Svc | 7100-000 | $682.00 | $0.00 | $0.00 | $0.00 |
| | Erica Vago | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Fifth Third Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | FNA Cardinal 09 LLC | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | FNA Cardinal 09, LLC | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Ian Erdos | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Joesph V. Roddy | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | Law offices Steve | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Burriesci |  |  |  |  |  |
| Law OFfices Steve Burriesci | 7100-000 | $3,000.00 | $0.00 | $0.00 | $0.00 |
| Mark Mitchell | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Mb Fin Svcs | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| National Asset Mgmt Ll | 7100-000 | $449.00 | $0.00 | $0.00 | $0.00 |
| Nissn Inf Lt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Residential Credit Slt | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rnb-fields3/Macy's | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Specialized Loan Servi | 7100-000 | $593,089.00 | $0.00 | $0.00 | $0.00 |
| Wachovia Mortgage/World Savings | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $629,887.00 | $3,381.53 | $3,381.53 | $1,580.87 |

| | | Page No: | 1 |
|---|---|---|---|
| | FORM 1 | | Exhibit 8 |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 13-41489-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ISHOO, EDDIE C | Date Filed (f) or Converted (c): | 10/23/2013 (f) |
| For the Period Ending: | 6/30/2016 | §341(a) Meeting Date: | 12/06/2013 |
| | | Claims Bar Date: | 05/28/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Cash on hand | $10.00 | $0.00 | | $0.00 | FA |
| 2  US Bank Checking With Wife Elizabeth Ishoo | $630.00 | $0.00 | | $0.00 | FA |
| 3  Ordinary Household Goods and Furnishings None Valued in Excess of $500.00 With wife Elizabeth Ishoo | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Ordinary Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 5  SEP Fidelity | $5,000.00 | $0.00 | | $0.00 | FA |
| 6  one-half undivided interest in a condominium, Unit 3W, at 2224-26 West Touhy Avenue in Chicago, Illinois, and two parking spaces, P-7 and P-8  (u) | $0.00 | $20,000.00 | | $20,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                  **Gross Value of Remaining Assets**

$7,140.00          $20,000.00                                                                         $20,000.00          $0.00

**Major Activities affecting case closing:**

| 03/24/2016 | Prepare TDR |
|---|---|
| 07/15/2015 | (E)Order Granting Motion to Use Sell or Lease Property 363(b) (Related Doc # 54 ). Signed on 07/15/2015. (Cox, Adam) (Entered: 07/15/2015) |
| 06/24/2015 | 06/24/2015 - Notice of Motion and Motion to Use Sell or Lease Property 363(b) Unit 3W, at 222426 West Touhy Avenue in Chicago, Illinois, and two parking spaces, P7 and P8. Filed by David P Leibowitz ESQHearing scheduled for 7/15/2015 at 09:30 AM at 219 South Dearborn, Courtroom 615, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Leibowitz, David) (Entered: 06/24/2015) - Document 2 (Proposed Order) |
| 12/26/2014 | Complaint to bar discharge filed |
| | Real Estate to be sold - based on assets recovered in adversary proceeding |
| | Linda DeAngelo to be hired as real estate broker to sell property on Touhy Avenue |
| 01/30/2014 | Listened to tape, Erica Vago has a claim against Ishoo for a contract dispute involving a real estate development project.  There is now fraud allegations |
| 01/24/2014 | David would like to file a Motion to Extend Discharge for 90 days. He would also like to file a Motion to Employ. This is all due to allegations of fraud Re: Erica Vogal. Also mentioned that he would like to hold a 2004 Exam. |
| 01/23/2014 | Received phone records - send to Linda |
| | Asset |

| **Initial Projected Date Of Final Report (TFR):** | 10/01/2015 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | | DAVID LEIBOWITZ |

Case 13-41489 Doc 68 Filed 07/11/16 Entered 07/11/16 09:57:04 Desc Main
Document Page 7 of 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 13-41489-JSB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ISHOO, EDDIE C | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6957 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/23/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/21/2015 | (6) | Erica Vago | 5% Deposit Pursuant to Agreement | 1210-000 | $2,566.16 | | $2,566.16 |
| 07/21/2015 | (6) | Erica Vago | Net Purchase Price payment | 1210-000 | $17,433.84 | | $20,000.00 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.45 | $19,988.55 |
| 08/17/2015 | 3001 | Park Place Real Estate Services | Commission on the sale of the condo to Erica Vago. Docket No. 57 | 3510-000 | | $3,079.39 | $16,909.16 |
| 08/17/2015 | 3002 | Mark Mitchell | Payment from Condominium sale proceeds pursuant to court-approved settlement agreement. Docket Nos. 45, 47 and 57. | 2990-000 | | $4,230.15 | $12,679.01 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $29.95 | $12,649.06 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.87 | $12,628.19 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.03 | $12,607.16 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $19.03 | $12,588.13 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.31 | $12,567.82 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.28 | $12,547.54 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.94 | $12,528.60 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $20.21 | $12,508.39 |
| 06/21/2016 | 3003 | Office of the Clerk United States Bankruptcy Court | Amount Claimed: 700.00; Distribution Dividend: 100.00; Claim #: ; Dividend: 5.59; Amount Allowed: 700.00; Notes: Deferred filing fees for two adversary proceedings, i.e., 14 A 513 and 14 A 852; | 2700-000 | | $700.00 | $11,808.39 |
| 06/21/2016 | 3004 | Lakelaw | Amount Claimed: 476.05; Distribution Dividend: 100.00; Claim #: ; Dividend: 3.80; Amount Allowed: 476.05; Notes: ; | 3120-000 | | $476.05 | $11,332.34 |
| 06/21/2016 | 3005 | Lakelaw | Amount Claimed: 7,000.00; Distribution Dividend: 100.00; Claim #: ; Dividend: 55.96; Amount Allowed: 7,000.00; Notes: Reduced from $34,482.50 as a matter of billing judgment and to facilitate a dividend to unsecured creditors.; | 3110-000 | | $7,000.00 | $4,332.34 |
| 06/21/2016 | 3006 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $2,750.00 | $1,582.34 |
| 06/21/2016 | 3007 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.47 | $1,580.87 |
| 06/21/2016 | 3008 | Joseph V. Roddy d/b/a The Law Offices of Joseph V. | Amount Claimed: 1,234.50; Distribution Dividend: 46.75; Claim #: 1; Dividend: 4.61; Amount Allowed: 1,234.50; Notes: ; | 7100-000 | | $577.13 | $1,003.74 |
| 06/21/2016 | 3009 | American Express Bank, FSB | Amount Claimed: 2,147.03; Distribution Dividend: 46.75; Claim #: 2; Dividend: 8.02; Amount Allowed: 2,147.03; Notes: ; | 7100-900 | | $1,003.74 | $0.00 |

**SUBTOTALS** $20,000.00 $20,000.00

Case 13-41489 Doc 68 Filed 07/11/16 Entered 07/11/16 09:57:04 Desc Main
Document Page 8 of 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit 9

| Case No. | 13-41489-JSB | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ISHOO, EDDIE C | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6957 | | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/23/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/30/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $20,000.00 | $20,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,000.00 | $20,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $20,000.00 | $20,000.00 | |

**For the period of 10/23/2013 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2015 to 6/30/2016**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Case 13-41489 Doc 68 Filed 07/11/16 Entered 07/11/16 09:57:04 Desc Main
Document Page 9 of 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit 9

| **Case No.** | 13-41489-JSB | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | ISHOO, EDDIE C | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6957 | | **Checking Acct #:** | ******8901 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 10/23/2013 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/30/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,000.00 | $20,000.00 | $0.00 |

| **For the period of 10/23/2013 to 6/30/2016** | | **For the entire history of the case between 10/23/2013 to 6/30/2016** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,000.00 | Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 | Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |